UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,

    Plaintiffs,

v.

BAILEY WAYSEN, INC.,

    Defendant,

v.

KEY BANK, N.A.,

    Garnishee.

Case No. MC18-0130RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Bailey Waysen, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Key Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on December 17, 2018, at Dkt. # 1-3.

Dated this 19th day of December, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge