UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CARPENTERS HEALTH AND
SECURITY TRUST OF WESTERN
WASHINGTON, *et al.*,

          Plaintiffs,

v.

BAILEY WAYSEN, INC., d/b/a MJB
CONSTRUCTION,

          Defendant

v.

KEY BANK, N.A.,

          Garnishee-Defendant.

NO.   MC18-0130RSL

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER

**Summary**

| | |
|---|---|
| Judgment Creditors: | Carpenters Health and Security Trust of Western Washington, Carpenters Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western Washington, and Carpenters-Employers Apprenticeship and Training Trust of Western Washington |
| Judgment Debtor: | Bailey Waysen, Inc., d/b/a MJB Construction |
| Garnishee-Defendant: | Key Bank, N.A. |
| Garnishment Judgment Amount: | $643.80 |
| Attorneys' Fees: | $300.00 |
| Costs: | $ 92.00 |

THIS MATTER coming on for consideration upon the application of the Plaintiffs/Judgment Creditors, for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment Debtor, Bailey Waysen, Inc., d/b/a MJB Construction, in the sum of $643.80; that Judgment Creditors have judgment unsatisfied against the Judgment Debtor in the amount of $10,433.23, plus post-judgment interest; that Judgment Creditors have incurred attorneys' fees in the amount of $300.00 and costs in the amount of $92.00 in this garnishment action; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee-Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.     Judgment Creditors shall have judgment against the Garnishee-Defendant in the sum of $643.80; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2.     Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be discharged from this action.  Upon receipt of said sum, the Clerk of the court shall enter full satisfaction of the judgment against Garnishee-Defendant.

3.      Judgment Creditors shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $392.00; said sum shall be added to Judgment Creditors' prior judgment against Judgment Debtor.

4.      Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $643.80, plus all accrued interest, minus any statutory user fees, payable to Judgment Creditors, c/o McKenzie Rothwell Barlow & Coughran, P.S., 1325 Fourth Avenue, Suite 910, Seattle WA 98101, and mail or deliver the check to McKenzie Rothwell Barlow & Coughran, P.S., ATTN: Jeffrey G. Maxwell, 1325 Fourth Avenue, Suite 910, Seattle WA 98101.

5.      Upon receipt of said sum, Plaintiff's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant.

Dated this 5th day of February, 2019.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE